1001

No. 275. WAINWRIGHT v. CITY OF NEW ORLEANS. Sup. Ct. La. Certiorari granted. *Melvin L. Wulf* for petitioner. *Alvin J. Liska* for respondent.

No. 464. ELDER v. BOARD OF MEDICAL EXAMINERS OF THE STATE OF CALIFORNIA. Dist. Ct. App. Cal., 1st App. Dist. Certiorari denied. *Reginald G. Hearn* for petitioner. *Thomas C. Lynch,* Attorney General of California, and *Gerald F. Carreras,* Deputy Attorney General, for respondent.

No. 609. BARROW, AKA BARRETT, ET AL. v. UNITED STATES. C. A. 3d Cir. Certiorari denied. *Morton Witkin* and *Stanford Shmukler* for petitioners. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 618. MOORE ET UX. v. UNITED STATES. C. A. 4th Cir. Certiorari denied. *James H. Michael, Jr.,* and *Robert M. Musselman* for petitioners. *Solicitor General Marshall, Assistant Attorney General Rogovin* and *Burton Berkley* for the United States.

No. 619. ANDREADIS, AKA ANDRE, ET AL. v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Maurice Edelbaum* for petitioners. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Anthony P. Nugent, Jr.,* for the United States.